UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON JOEY WATTS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAYMOUR E. MALAK, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0926 AC P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Although plaintiff has filed numerous copies of his prison trust account statement, none of the copies are certified. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a **certified** copy of his prison trust account statement.

　　　Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: May 9, 2016

　　　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE