UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON JOEY WATTS, | No. 2:16-cv-0926 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| TAYMOUR E. MALAK, et al., | |
| Defendants. | |

On February 12, 2018, plaintiff filed a motion for reconsideration of the order denying his Rule 60 motion. ECF No. 26. Local Rule 230(j) requires that a motion for reconsideration state "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion; and . . . why the facts or circumstances were not shown at the time of the prior motion." L.R. 230(j)(3)-(4). Plaintiff's only argument is that the court mischaracterized his previous argument. ECF No. 26. This does not meet the requirements for a motion for reconsideration or warrant a different outcome.

Therefore, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 26) is denied.

DATED: November 5, 2018

/s/ John A. Mendez\
UNITED STATES DISTRICT COURT JUDGE

1